**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Ballon@gtlaw.com
Robert J. Herrington (SBN 234417)
HerringtonR@gtlaw.com
Rebekah S. Guyon (SBN 291037)
GuyonR@gtlaw.com
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Attorneys for Defendant
GLASSDOOR, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MELISSA LEVINE, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GLASSDOOR, INC., a Delaware Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-05696-FMO-JEM<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br><br>Hon. Fernando M. Olguin |

*LA 132978211v1*

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Melissa Levine and Defendant Glassdoor, Inc. hereby stipulate and agree that all claims that were or could have been asserted in the litigation are hereby **dismissed with prejudice**. Plaintiff and Defendant shall pay their own costs and fees.

DATED: March 30, 2017          GREENBERG TRAURIG, LLP

By:      */s/ Ian C. Ballon*
         IAN C. BALLON
         Attorneys for Defendant
         GLASSDOOR, INC.

DATED: March 30, 2017          GERAGOS & GERAGOS, P.C.

By:      */s/ Mark J. Geragos*
         MARK J. GERAGOS
         Attorneys for Plaintiff MELISSA LEVINE,
         individually and on behalf of herself and all others
         similarly situated

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Mark J. Geragos, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized me to file this document.*

DATED: March 30, 2017          GREENBERG TRAURIG, LLP

By:   */s/ Ian C. Ballon*
      IAN C. BALLON

1

LA 132978211v1