**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Ballon@gtlaw.com
Robert J. Herrington (SBN 234417)
HerringtonR@gtlaw.com
Rebekah S. Guyon (SBN 291037)
GuyonR@gtlaw.com
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Attorneys for Defendant
GLASSDOOR, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MELISSA LEVINE, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GLASSDOOR, INC., a Delaware Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-05696-FMO-JEM<br><br>**AMENDED STIPULATED DISMISSAL WITH PREJUDICE**<br><br><br><br>Hon. Fernando M. Olguin |

*LA 132978211v2*

Pursuant to the Court's Order dated April 4, 2017 and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Melissa Levine and Defendant Glassdoor, Inc. (the "Parties") hereby clarify, amend and replace the Stipulation of Dismissal (Dkt. No. 37). The Parties stipulate and agree that all claims that Levine asserted or could have asserted on her own behalf in the litigation are hereby **dismissed with prejudice**. The Parties clarify that this dismissal applies only to Levin's individual claims, as no class has been certified. Further, the Parties clarify that the class allegations and any claims asserted on behalf of putative class members are *dismissed without prejudice*. Plaintiff and Defendant shall pay their own costs and fees.

The Parties do not believe that notice of dismissal to any putative class member is warranted or appropriate. The case is at its early stages. Glassdoor filed a motion to compel arbitration and a motion to dismiss. Those motions were fully briefed and were pending at the time of this dismissal. No class has been certified and no notice has been provided to any putative class member. The Parties are not aware of any putative class member who could be prejudiced by this dismissal, and this dismissal does not affect the rights of any putative class member, as only Levine is dismissing her claims with prejudice.

DATED: April 11, 2017           GREENBERG TRAURIG, LLP

By:     */s/ Ian C. Ballon*
IAN C. BALLON
Attorneys for Defendant
GLASSDOOR, INC.

DATED: April 11, 2017           GERAGOS & GERAGOS, P.C.

By:     */s/ Mark J. Geragos*
MARK J. GERAGOS

1

1 | Attorneys for Plaintiff MELISSA LEVINE, individually and on behalf of herself and all others similarly situated

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Mark J. Geragos, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized me to file this document.*

DATED:  April 11, 2017         GREENBERG TAURIG, LLP


By:  */s/ Ian C. Ballon*
         IAN C. BALLON

LA 132978211v2