**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

4/12/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LEVINE, individually and on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GLASSDOOR, INC. <br><br> Defendant. | Case No. CV 16-5696 FMO (JEMx) <br><br> **ORDER DISMISSING ACTION** |

The court has reviewed the parties' Amended Stipulated Dismissal with Prejudice ("Stipulation"), in which the parties state they have settled and seek to dismiss the action with prejudice as to plaintiff and without prejudice as to the class members.  (See Stipulation at 1).

Having reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the class.

Dated this 12th day of April 2017.

/s/
Fernando M. Olguin
United States District Judge